UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for SSM Group, LLC; CMG Group, LLC; DJR Group, LLC; BCD Group, LLC; Hydra Financial Limited Fund I; Hydra Financial Limited Fund II; Hydra Financial Limited Fund III; Hydra Financial Limited Fund IV; River Elk Services, LLC; OSL Marketing, Inc., a/k/a OSL Group, Inc.; and related subsidiaries and affiliates,<br><br>    Plaintiff<br><br>v.<br><br>KATTEN MUCHIN ROSENMAN LLP<br><br>    Defendant | Case No. 4:16-cv-01203-SRB<br><br>**ORAL ARGUMENT REQUESTED** |

## KATTEN MUCHIN ROSENMAN LLP'S
## MOTION TO EXCLUDE EXPERT OPINIONS OF DEEPAK GUPTA

Pursuant to Federal Rule of Evidence 702, Katten Muchin Rosenman LLP ("Katten") moves to exclude certain opinions of Plaintiff's expert, Deepak Gupta. For the reasons stated in the accompanying Suggestions in Support, Katten respectfully requests that the court grant its motion and enter an order excluding Mr. Gupta's opinion testimony as set forth in the accompanying Suggestions in Support.

Pursuant to Local Rule 7.0(g), Katten respectfully requests that the Court hold oral argument regarding this Motion to Exclude Expert Opinions of Deepak Gupta.

Dated: May 3, 2019

Respectfully submitted,

GERMAN MAY PC

By /s/Phillip G. Greenfield
Charles W. German    MO Bar # 26534
William D. Beil    Mo. Bar #
Phillip G. Greenfield    MO Bar # 37457
Carrie D. Phillips    MO Bar # 69278
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Tele:  (816) 471-7700
Fax:  (816) 471-2221
Email: charleyg@germanmay.com
Email: philg@germanmay.com
Email: carriep@germanmay.com

*Attorneys for Defendant Katten Muchin Rosenman LLP*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

  /s/Phillip G. Greenfield
*Attorney for Defendant*